UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

January 11, 2001

Daniel E. Schultz, Esquire
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036

William B. Whiteford, Esquire
Catherine Whitehurst Steiner, Esquire
Whiteford, Taylor & Preston
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202

S. Allan Adelman, Esquire
Godard, West and Adelman
200-A Monroe Street, Suite 310
Rockville, MD 20850

Re:   Jeffrey Wilklow v. Johns Hopkins Hospital
      Civil No. No. CCB-98-2178

Dear Counsel:

In light of your continuing discussions and Mr. Whiteford's continuing trial conflict, I am removing February 12, 2001 from the list of dates to be held for the trial of this case. Please provide a further status report no later than **March 8, 2001**.

Sincerely yours,

Catherine C. Blake
United States District Judge

cc:   Judge Paul W. Grimm
      Court File